An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARENTAL RIGHTS AS TO: A.A.O. AND J.O., | No. 63170 |

IVAN A.O.,
Appellant,
vs.
MARIA L.G.,
Respondent.

**FILED**

AUG 1 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a proper person appeal from a district court order terminating appellant's parental rights. Eighth Judicial District Court, Clark County; Kathy A. Hardcastle, Judge.

Appellant's former counsel Raymond K. Chau, Esq. moved to withdraw from representing appellant in this appeal. According to Chau, appellant advised him that he wanted to "cancel" the appeal, and failed thereafter to appear at a meeting with Chau to discuss the issue. On June 14, 2013, this court granted counsel's motion to withdraw and gave appellant 30 days either to obtain new counsel, advise this court that he wishes to continue unrepresented in this appeal, or file a motion to voluntarily dismiss this appeal. This court cautioned appellant that failure to respond to that directive would result in the dismissal of this

13-24259

appeal. To date, appellant has not responded to this court's order. Accordingly, as it appears that appellant has abandoned this appeal, we ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Chief Judge, The Eighth Judicial District Court
Hon. Kathy A. Hardcastle, Senior Judge
Ivan A.O.
Veronica Lea Burris-Valentine
Eighth District Court Clerk

_____

[1]In light of our order, we deny as moot respondent's August 9, 2013, motion to dismiss this appeal on other grounds.

